IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**COMMONWEALTH LAND TITLE**
**INSURANCE COMPANY,** *as subrogee*                                    **PLAINTIFF**

v.                              CASE NO. 4:20-CV-01514-BSM

**JMG INVESTMENTS, INC.**                                               **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 26th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE