IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**COMMONWEALTH LAND TITLE**
**INSURANCE COMPANY,** *as subrogee*                            **PLAINTIFF**

v.                  **CASE NO. 4:20-CV-01514-BSM**

**JMG INVESTMENTS, INC.**                                              **DEFENDANT**

## ORDER

JMG's motion for attorney's fees [Doc. No. 49] is granted in part, and Commonwealth is ordered to pay attorneys' fees incurred by JMG in the amount of $32,487.50. As the prevailing party, JMG is allowed to collect a reasonable attorney's fee. Ark. Code Ann. § 16-22-308. The amount ordered reflects a $175 per hour rate for John Singleton, which is a more reasonable fee for a junior associate handling similar litigation in this legal market. JMG's request for fees incurred during the separate state court case is denied. *Logue v. Seven-Hot Springs Corp.*, 926 F.2d 722, 725 (8th Cir. 1991) (decision to award attorney fees under section 16-22-308 is left to the "sound discretion of the trial court"). The resulting award is $32,487.50, which is a reasonable attorney's fee given the complexity of this case and length of the litigation.

IT IS SO ORDERED this 19th day of August, 2022.

UNITED STATES DISTRICT JUDGE